# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES GRIGG, <br><br> Defendant. | 17-PO-5266-JTJ <br><br> VIOLATION: 6564663 <br><br> Location Code: M13 <br><br> ORDER |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the above citation is DISMISSED pursuant to Fed. R. Crim. P. 48(a). IT IS FURTHER ORDERED that the bench trial scheduled for March 8, 2018 is VACATED.

DATED this 20TH day of February, 2018.

_____
John Johnston
United States Magistrate Judge